UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-81089-Civ-Hopkins

THERESA TAYLOR PEARSALL,

      Plaintiff,

vs.

BLAKE & BLAKE GENEALOGIST, INC.,
a Florida corporation,
BLAKE & BLAKE GENEALOGIST, INC.,
A Massachusetts Corp., and
CLIFF VON LANGEN,

      Defendants.
_____/

## ORDER ADOPTING IN PART PARTIES' JOINT SCHEDULING REPORT AND PROPOSED ORDER (DE 27)

**THIS CAUSE** has come before this Court upon an Order of Transfer dated February 5, 2008. (DE 20). Pursuant to the parties' agreement made at a Scheduling Conference held on February 25, 2008, the parties have submitted their Joint Scheduling Report and Proposed Order. (DE 27).

After reviewing the Joint Scheduling Report and Proposed Order, and having been advised on the premises, **IT IS HEREBY ORDERED AND ADJUDGED THAT** the parties' Joint Scheduling Report and Proposed Order is **hereby adopted in part, with the following modifications:**

    1.) March 9, 2009: Objections to deposition designations are due.

    2.) Unless otherwise ordered by the Court, the trial in this case shall be conducted at the United States Courthouse located at 701 Clematis Street, Courtroom 2, Fourth Floor, West

Palm Beach, Florida, 33401.

3.) Paragraph I, entitled "Referral to Magistrate," is deleted. (DE 27, pg. 3).

Apart from such modifications, all other deadlines contained in the parties' Joint Scheduling Report and Proposed Order remain in effect.

**DONE and ORDERED** in Chambers this 1 day of April, 2008, at West Palm Beach in the Southern District of Florida.

*James M. Hopkins*
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record